**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD MASTERMAN**<br><br>    Petitioner,<br><br>    v.<br><br>Unites States of America,<br><br>    Respondent. | **1:96-cr-05306-OWW**<br><br>**ORDER REQUIRING RESPONDENT TO SUBMIT UPDATE REGARDING PETITIONER'S CUSTODY STATUS** |

   Petitioner Richard Masterman is proceeding with motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255. The United States shall submit an update apprising the court of Petitioner's current custody status within fifteen (15) days.

IT IS SO ORDERED.

**Dated:    September 28, 2010**             /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

1